UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WATCH SYSTEMS, L.L.C. | * | CIVIL ACTION NO. 09-5821 |
| VERSUS | * | JUDGE CARL BARBIER |
| SYSTEMS DESIGN SOLUTIONS, INC. AND WILLIAM RUDICK | * | MAGISTRATE JUDGE ROBY |

### PLAINTIFF'S PRELIMINARY WITNESS AND EXHIBIT LIST

Pursuant to the Court's August 31, 2010 Scheduling Order, plaintiff, Watch Systems, L.L.C., ("Watch") submits the following witness and exhibit list. Watch advises the Court, however, that this is a preliminary list due to the dilatory actions of defendants. Specifically, Watch has not yet received defendants', System Design Solutions, Inc. and William Rudick, responses to discovery, despite requesting them numerous times. Watch's Motion to Compel and supporting Memorandum, which were filed earlier today, set out in detail the history of the discovery (and settlement) process in this matter and defendants' failure to respond to Watch's many requests for defendants to answer Watch's discovery. *See* Record Document 39.

**A.    WITNESSES**

Watch will call the following witnesses at trial:

1.  Louis Luzynski, Watch Systems, L.L.C., 202 North Florida, Covington, LA 70433

    Mr. Luzynski will testify regarding Watch's business dealings and relationship with defendants, including but not limited to, the parties' Joint Software Development and Marketing Agreement ("Agreement") and dealings with the TaxWatch program. Mr. Luzynski will testify regarding defendants' breach of the Agreement and the damage that Watch has suffered as the result of defendants' actions. Mr. Luzynski will also testify regarding illegal access and interception of Watch's electronic information, which actions are believed to have been done by defendants for their own commercial benefit.

2.  Michael Cormaci, Watch Systems, L.L.C., 202 North Florida, Covington, LA 70433

   Mr. Cormaci will testify regarding Watch's business dealings with defendants. Mr. Cormaci will also testify regarding the illegal access and interception of Watch's electronic information.

3. Jonathan Roberts, Watch Systems, L.L.C., 202 North Florida, Covington, LA 70433

   Mr. Roberts will testify regarding Watch's computer system(s). Mr. Roberts will also testify regarding the illegal access and interception of Watch's electronic information.

4. Kevin Blank, New Millennium Designs, Inc., 511 Fremaux Ave., Slidell, LA 70458

   Mr. Blank will testify regarding the illegal access and interception of Watch's electronic information.

Watch may call the following witnesses at trial:

5. William Rudick, System Design Solutions, Inc., 425 33rd Street, Manhattan Beach, CA 90266

   Mr. Rudick may be called to testify regarding defendants' business relationship and dealings with Watch, including the parties' Agreement and the TaxWatch program. Mr. Rudick may also be called to testify regarding defendants' illegal access and interception of Watch's electronic information, defendants' unauthorized use of Watch's information for their own commercial gain, defendants' conversion of Watch's information, and defendants' breach of the parties' Agreement.

6. Any witness listed by defendants.

7. Any additional witnesses identified through further discovery.

8. Any witness necessary to authenticate documents.

**B.  EXHIBITS**

Watch may offer the following as trial exhibits:

1. 01/02/02 Software Development, Maintenance and Support Agreement and Statements of Work Appendices 1.a, 1.b, 1.c, 1.d, and 1.e, Bates labels PL 00001-PL 00024

2. 11/17/03 Joint Software Development and Marketing Agreement and Attachment 1.a, Bates labels PL 00025-00029

3.  2/26/09 – 8/17/09 Watch Systems email server logs, Bates labels PL 00030-PL 00039

4.  06/25/09 email correspondence (redacted) between W. Rudick and C. Farley

5.  06/26/09 email correspondence (redacted) between W. Rudick and C. Farley

6.  06/29/09 email correspondence (2) (redacted) between W. Rudick and C. Farley

7.  06/30/09 email correspondence (redacted) between W. Rudick and C. Farley

8.  07/08/09 email correspondence (2) (redacted) between W. Rudick and C. Farley

9.  07/06/09 email correspondence (3) (redacted) between W. Rudick and C. Farley

10. 07/20/09 email correspondence (redacted) between W. Rudick and C. Farley

11. 07/21/09 email correspondence (redacted) between W. Rudick and C. Farley

12. 07/25/09 email correspondence (redacted) between W. Rudick and C. Farley

13. 07/27/09 email correspondence (2) (redacted) between W. Rudick and C. Farley

14. 07/28/09 email correspondence (redacted) between W. Rudick and C. Farley

15. 08/09/09 email correspondence (redacted) between W. Rudick and C. Farley

16. 08/11/09 email correspondence (2) (redacted) between W. Rudick and C. Farley

17. 08/17/09 email correspondence (2) (redacted) between W. Rudick and C. Farley

18. 08/25/09 email correspondence (redacted) between W. Rudick and C. Farley

19. 09/03/09 email correspondence (redacted) between W. Rudick and C. Farley

20. 09/26/09 email correspondence (redacted) between W. Rudick and C. Farley

21. 09/28/09 email correspondence (redacted) between W. Rudick and C. Farley

22. 09/29/09 email correspondence (redacted) between W. Rudick and C. Farley

23. 09/30/09 email correspondence (redacted) between W. Rudick and C. Farley

24. 10/12/09 email correspondence (redacted) between W. Rudick and C. Farley

25. 10/19/09 email correspondence (redacted) between W. Rudick and C. Farley

26. 01/25/10 email correspondence (redacted) between W. Rudick and C. Farley

27. 04/07/10 email correspondence (redacted) between W. Rudick and C. Farley

PD.4768094.1

28. 04/15/10 email correspondence (redacted) between W. Rudick and C. Farley

29. 05/24/10 email correspondence (redacted) between W. Rudick and C. Farley

30. 06/07/10 email correspondence (redacted) between W. Rudick and C. Farley

31. 06/28/10 email correspondence (redacted) between W. Rudick and C. Farley

32. 07/12/10 email correspondence (redacted) between W. Rudick and C. Farley

33. 07/13/10 email correspondence (redacted) between W. Rudick and C. Farley

34. 07/26/10 email correspondence (redacted) between W. Rudick and C. Farley

35. 08/04/10 email correspondence (redacted) between W. Rudick and C. Farley

36. 08/10/10 email correspondence (redacted) between W. Rudick and C. Farley

37. 09/08/10 email correspondence (2) (redacted) between W. Rudick and C. Farley

38. 10/28/10 email correspondence (redacted) between W. Rudick and C. Farley with attachment

39. Any demonstrative exhibits to be prepared prior to trial

40. Any other exhibit identified through further discovery and investigation

41. Any exhibit listed by defendants

Watch reserves the right to seek leave to supplement and amend this list once it receives defendants' discovery responses and after further discovery.

Respectfully submitted,

**PHELPS DUNBAR LLP**

By: _/s/Betty B. Uzee_
Susan W. Furr (Bar Roll No. 19582)
Jonathan C. Benda (Bar Roll No. 17464)
Betty Burke Uzee (Bar Roll No. 29113)
400 Convention Street, Suite 1100 (70802)
P.O. Box 4412
Baton Rouge, LA 70821-4412
Telephone: (225) 346-0285
Facsimile: (225) 376-0240 or 381-9197

ATTORNEYS FOR WATCH SYSTEMS, LLC

- 5 -

## CERTIFICATION OF SERVICE

I hereby certify that on this 14th day of February, 2011, a copy of the foregoing pleading was served on all counsel of record through the Court's CM/ECF system.

/s/Betty B. Uzee