## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

```
*************************************
WATCH SYSTEMS, LLC              *      CIVIL ACTION NO. 09-5821
                                *
versus                          *
                                *      SECTION "J"
SYSTEM DESIGN SOLUTIONS, INC    *
AND WILLIAM RUDICK              *
                                *      MAGISTRATE "4"
*************************************
```

## DEFENDANTS' WITNESS AND EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, come Defendants, System Design Solutions, Inc. and William Rudick, and submit the following list of witnesses that may be called at trial and exhibits that may be used at trial:

## WITNESS LIST

1. William Rudick;

2. Richard Grossman;

3. Corporate representative of Watch Systems, LLC;

4. Corporate representative of System Design Solutions, Inc.;

5. Any witness listed by any other party to this action;

6. Any witness necessary for the authentication of any evidence or exhibit;

7. Any witness called for impeachment purposes;

8. Any witness deposed in this action;

9. Any witness called by any other party in this action

1

Defendants reserve the right to supplement their witness list as additional information becomes available through the course of discovery in this proceeding.

## EXHIBIT LIST

1. Joint Software Development and Marketing Agreement;

2. Expert Report – Richard Grossman;

3. Any and all documents produced by any party to this litigation during discovery.

4. Any depositions taken in this litigation, including any exhibit attached to any deposition taken in this litigation.

5. Any pleadings or other documents (including exhibits attached thereto) filed by or served by any party in this litigation.

6. Any and all statements taken by any party in this litigation.

7. Any and all exhibits listed by any other party in this litigation.

8. Any and all documents received pursuant to subpoena in this litigation.

9. Any exhibit necessary for the authentication of any other exhibit, record or document.

10. Any exhibit necessary for purposes of impeachment.

Defendants reserve the right to supplement their exhibit list as additional information becomes available through the course of discovery in this proceeding.

        Respectfully submitted,

        **TAGGART MORTON, L.L.C.**

        s/Larry E. Demmons
        **PERRY R. STAUB, JR**., T.A. (#12414)
        **LARRY E. DEMMONS** (#24376)
        1100 Poydras Street, Suite 2100
        New Orleans, Louisiana 70163-2100
        Telephone: (504)-599-8500
        Facsimile:  (504)-599-8527

        **COUNSEL FOR DEFENDANTS,**
        **SYSTEMS DESIGN SOLUTIONS, INC.,**
        **AND WILLIAM RUDICK.**

## CERTIFICATE OF SERVICE

  I hereby certify that on February 14, 2011, a copy of the above and foregoing **WITNESS AND EXHIBIT LIST** was filed electronically with the Clerk of Court using CM/ECF system.

Notice of this filing will be sent to:

    Susan W. Furr - furrs@phelps.com
    Betty Burke Uzee - uzeeb@phelps.com

by operation of the Court's electronic filing system.

        s/Larry E. Demmons
        **LARRY E. DEMMONS** (#24376)
        Counsel for Defendants
        Taggart Morton, L.L.C.
        2100 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2100
        Telephone: (504)-599-8500
        Facsimile:  (504)-599-8501
        E-mail: ldemmons@taggartmorton.com